No. 67579.—International Distributors, Inc. v. United States, protest 62/6548–16552 (New Orleans).

Opinion by WILSON, J.  In accordance with oral stipulation of counsel that the merchandise and issues are similar in all material respects to those involved in *Falcon Sales Company* and *J. J. Murphy & Co.* v. *United States* (47 Cust. Ct. 129, C.D. 2292), the claim of the plaintiff was sustained.

BEFORE THE SECOND DIVISION, APRIL 8, 1963

No. 67580.—Keuffel & Esser Co. v. United States, protests 60/27625, 62/3990, and 62/10809 (New York).

Opinion by FORD, J.  In accordance with stipulation of counsel that the merchandise consists of drawing instrument cases similar in all material respects to those the subject of Abstract 59557, the claim of the plaintiff was sustained.

No. 67581.—Schneider Bros. & Co., Inc., et al. v. United States, protests 178017–K(A), etc. (New York).

Opinion by FORD, J.  In accordance with stipulation of counsel that the merchandise consists of woven silk fabrics similar in all material respects to those the subject of Abstract 64266, the claim of the plaintiffs was sustained.